## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ROLAND FOGG,<br><br>    Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | Civil Action No.: 2:16-cv-00087-GZS<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

### *NOTICE OF DISMISSAL WITH PREJUDICE*

COMES NOW Plaintiff Roland Fogg, by and through his attorney of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby notices dismissal of the above-captioned action, with prejudice, with each party to bear its own fees and costs.

//

//

DATED: May 12, 2016               Respectfully Submitted,

**WALKER & JENNINGS, PA**
By:  */s/ Douglas F. Jennings*
Douglas F. Jennings
PO Box 292
144 Walter Street,
Hallowell, ME 04347
Tel: (207) 621-8188
Email: dfjlaw@live.com
Attorneys for Plaintiff
Roland Fogg

1